# United States Bankruptcy Court
## District of Massachusetts

In re    Romulo Augusto Rodrigues-Aguiar                                    Case No.   **15-12640**
                                    Debtor(s)                               Chapter    **7**

# MOTION TO ENLARGE TIME WITHIN WHICH TO COMPLY WITH ORDER TO UPDATE COMPLIANCE DEADLINE OF JULY 16, 2015

1. Debtor,  Romulo Augusto Rodrigues-Aguiar , commenced this case on   **July 2, 2015**   by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. Debtor speaks predominantly Portuguese and requires the services of a Portuguese speaking accountant to comply with the outstanding order to update.

3. No Portuguese speaking accountant is available until after the July 16, 2015 compliance deadline.

4. The section 341 meeting of creditors is scheduled for August 11, 2015.

WHEREFORE, Debtor prays for an Order Enlarging time *until July 31, 2015* within which to comply with the July 16, 2015 compliance deadline and for such additional or alternative relief as may be just and proper.

Dated:   **July 11, 2015**                                    /s/ James Hayes BBO 226790
                                                              **Attorney for Debtor**
                                                              **82 Otis Street**
                                                              **Cambridge, MA 02141-1719**
                                                              **(617) 547-7771**
                                                              **(617) 491-5145**
                                                              **email: james.ace@comcast.net**

# ORDER

The motion of the above-named debtor, Romulo Augusto Rodrigues-Aguiar , to Enlarge Time Until July 31, 2015 within which to comply with the July 16, 2015 compliance deadline is allowed and sustained.
It is hereby ORDERED and DECREED that the Debtor's(s') deadline to comply with the outstanding order to update is extended until July 31, 2105.

Dated:
                                                              US Bankruptcy Judge

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2015, a copy of Debtor's Motion to Enlarge Time Until July 31, 2015 within which to Comply with the July 16, 2015 Compliance Deadline was served electronically or by regular United States mail to all interested parties, the US Trustee, the Chapter 7 Trustee and all creditors listed on the attached mailing matrix.

                                                              **/s/ James Hayes BBO**
                                                              **James Hayes BBO 226790**
                                                              **James Hayes & Associates**
                                                              **82 Otis Street Unit One**
                                                              **Cambridge, MA 02141-1719**
                                                              **617-547-7771Fax:617-491-5145**
                                                              **James.ace@comcast.net**

.

AFC Automotive Floorplan Financing
77 Hosmer Street
Acton, MA 01720

AT&T
208 S. Akard Street
Suite 110
Dallas, TX 75202

Auto Advance LLC
14 Joyce Road
Wayland, MA 01778

Auto Use Auto Loan
45 Haverhill St
Andover, MA 01810

Auto Zone
123 South Front Street
Memphis, TN 38103

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Barclay Credit
125 S.W. St.,
Wilmington, DE 19801

Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Everett Cooperative Bank
419 Broadway
Everett, MA 02149

Joseph Marchese, Esquire
221 Beach Street
Revere, MA 02151

Kaila Marua RODRIGUEZ
78 Harwood Street
Apartment 1
Lynn, MA 01905

Keila Maria RODRIGUEZ
157 Ferry Street
Everett, MA 02149

Mass DOT
10 Park Plaza
Suite 4160
Boston, MA 02116

Mr. Conti
c/o David O'Neal, Esquire
Silverstein & O'Neal
391 Broadway
Everett, MA 02149

Next Gear Capital
11799 North College Avenue
Carmel, IN 46032

Northeastern University GAP Funding
c/o 360 Huntington Avenue
Boston, MA 02115

Quincy Auto Auction
196 Ricciuti Drive
Quincy, MA 02169

Shamrock Finance
116 Topsfield Road
Wenham, MA 01984

Source One Financial
183 Washington Street
Suite #1
Norwell, MA 02061

Supreme Cars, Inc
157 Ferry Street
Everett, MA 02149

Yuridania D. SUERO
222 Essex Street
Apartment 3
Lynn, MA 01902

Yuridanua D. Suero
157 Ferry Street
Everett, MA 02149