UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | |
| Romulo A. Rodrigues-Aguiar, | ) ) | Chapter    7<br>Case No.  15-12640-WCH |
| Debtor | ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL ORDERS, NOTICES AND PLEADINGS

Pursuant to Bankruptcy Rule of Procedure 2002 (g) and Local Rule 12 C, the ONE SALEM STREET IMPROVEMENT ASSOCIATION, INC., a secured statutory creditor in the above-referenced bankruptcy proceeding, hereby requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties in interest (Rule 2002(a), (b) and (c)), whether sent by the Court, the Debtor or any other party in the case, be sent to the undersigned counsel, and further that undersigned counsel be added to the Court's master mailing matrix.

        Respectfully submitted,
        ONE SALEM STREET IMPROVEMENT
        ASSOCIATION, INC.

        By its attorneys,
        MARCUS, ERRICO, EMMER & BROOKS, P.C.

Dated: July 17, 2015

        /s/ Laura White Brandow
        Laura White Brandow, Esquire
        Marcus, Errico, Emmer & Brooks, P.C.
        45 Braintree Hill Park, Suite 107
        Braintree, Massachusetts 02184
        Telephone: (781) 843-5000
        BBO #560129
        lbrandow@meeb.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| Romulo A. Rodrigues-Aguiar, ) | Chapter    7 |
| ) | Case No.  15-12640-WCH |
| Debtor ) | |

## CERTIFICATE OF SERVICE

I, Laura White Brandow, attorney for the ONE SALEM STREET IMPROVEMENT ASSOCIATION, INC., do hereby certify that on July 17, 2015, I served the foregoing "NOTICE OF APPEARANCE", by causing same to be electronically filed with the Court, and by causing a copy of the Notice of Appearance to be mailed first class, postage prepaid, to any of the parties listed on the attached Service list not noted as receiving electronic notice.

/s/ Laura White Brandow
Laura White Brandow, Esquire
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Park, Suite 107
Braintree, Massachusetts 02184
Telephone: (781) 843-5000
BBO #560129
lbrandow@meeb.com

## SERVICE LIST

Ms. Romulo A. Rodrigues-Aguiar
19 One Salem Street
Swampscott, MA 01907
(Debtor)

James Hayes, Esquire
James Hayes and Associates
82 Otis Street
Cambridge, MA 02141
(Debtor's counsel)

John O. Desmond, Esquire
24 Union Avenue, Suite 23
Framingham, MA 01702
(Chapter 7 Trustee)