UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                              Chapter 7

Romulo A. Rodrigues-Aguiar         Case No. 15-126540-WCH
       Debtor


NOTICE OF CHANGE OF TIME OF §341 MEETING

PLEASE TAKE NOTICE THAT the time of the §341 meeting has changed from 9 a.m. to 11 a.m. on August 11, 2015 at Room 325 John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, MA 02109-3945.


|                          | /s/ John O. Desmond |
| Dated:  August 6, 2015   | _____ |
|                          | John O. Desmond (BBO 554580) |
|                          | Trustee |
|                          | 24 Union Avenue |
|                          | Framingham, MA 01702 |
|                          | Tel:  (508) 879-9638 |
|                          | Email:  trustee@jdesmond.com |

CERTIFICATE OF SERVICE

August 6, 2015

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing NOTICE OF CHANGE OF TIME OF §341 MEETING were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

United States Trustee

| | |
|---|---|
| James Hayes, Esq. | Attorney for Debtor |
| Michael Grant, Esq. | Attorney for |
| Laura Brandow White, Esq. | Attorney for One Salem Street Improvement |
| James McNulty, Esq.<br>40 Court Street, 11th Floor<br>Boston, MA 02108-2202 | Attorney for Shamrock Finance |

      /s/ John O. Desmond
      _____
      John O. Desmond

| | | |
|---|---|---|
| AFC Automotive Floorplan Financing<br>77 Hosmer Street<br>Acton, MA 01720-5424 | AT&T<br>208 S. Akard Street<br>Suite 110<br>Dallas, TX 75202-4209 | Auto Advance LLC<br>14 Joyce Road<br>Wayland, MA 01778-4516 |
| Auto Use Auto Loan<br>45 Haverhill St<br>Andover, MA 01810-1499 | Auto Zone<br>123 South Front Street<br>Memphis, TN 38103-3618 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238<br>preferred |
| Barclay Credit<br>125 S.W. St.,<br>Wilmington, DE 19801 | Capital One<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 | Everett Cooperative Bank<br>419 Broadway<br>Everett, MA 02149-3435 |
| James Hayes<br>James Hayes and Associates<br>82 Otis Street<br>Cambridge, MA 02141-1719 | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3901 | John O. Desmond<br>24 Union Avenue, Suite 23<br>Framingham, MA 01702-8287 |
| Joseph Marchese, Esquire<br>221 Beach Street<br>Revere, MA 02151-3165 | Kaila Marua RODRIGUEZ<br>78 Harwood Street<br>Apartment 1<br>Lynn, MA 01902-4219 | Keila Maria RODRIGUEZ<br>157 Ferry Street<br>Everett, MA 02149-5632 |
| Mass DOT<br>10 Park Plaza<br>Suite 4160<br>Boston, MA 02116-3979 | Mr. Conti<br>c/o David O'Neal, Esquire<br>Silverstein & O'Neal<br>391 Broadway<br>Everett, MA 02149-3470 | Next Gear Capital<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| Northeastern University GAP Funding<br>c/o 360 Huntington Avenue<br>Boston, MA 02115-5000 | One Salem Street Improvement Association, In<br>undeliverable | Quincy Auto Auction<br>196 Ricciuti Drive<br>Quincy, MA 02169-6399 |
| Romulo A Rodrigues-Aguiar<br>19 One Salem Street<br>Swampscott, MA 01907 | Shamrock Finance<br>116 Topsfield Road<br>Wenham, MA 01984-1932 | Shamrock Finance LLC<br>undeliverable |
| Shamrock Finance LLC<br>c/o James J McNulty, Esq<br>40 Court Street, 11th Floor<br>Boston, MA 02108-2202 | Source One Financial<br>183 Washington Street<br>Suite #1<br>Norwell, MA 02061-1752 | Source One Financial Corporation<br>183 Washington St.<br>#1<br>Norwell, MA 02061-1752 |
| Supreme Cars, Inc<br>157 Ferry Street<br>Everett, MA 02149-5632 | Yuridania D. SUERO<br>222 Essex Street<br>Apartment 3<br>Lynn, MA 01902-2338 | Yuridanua D. Suero<br>157 Ferry Street<br>Everett, MA 02149-5632 |