UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Debtor. | Chapter 7<br>Case No. 15-12640 (WCH) |
|---|---|

### CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY RIEMER & BRAUNSTEIN LLP AS COUNSEL

John O. Desmond, the duly appointed and acting Chapter 7 Trustee (the "**Trustee**") of the estate of Romulo A. Rodrigues-Aguiar (the "**Debtor**"), hereby applies for an Order of this Court authorizing the Trustee to employ the law firm of Riemer & Braunstein LLP of Boston, Massachusetts (the "**Firm**") as counsel to represent the Trustee in all matters related to the Debtor's bankruptcy estate. In support of this application, the Trustee respectfully represents:

### Jurisdiction

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for relief requested herein are sections 105, 327 and 328 of Title 11 of the United States Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and MLBR 2014-1.

### Background

3. On July 2, 2015, a Chapter 7 voluntary petition was filed by the Debtor.

4. On July 3, 2015, John O. Desmond was appointed Chapter 7 Trustee.

## Basis for Relief Requested

5. Under 11 U.S.C. § 327(a), a trustee, with the court's approval, may employ one or more attorneys that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out his duties. Under 11 U.S.C. § 328(a), an attorney retained under 11 U.S.C. § 327(a) may be employed on any reasonable terms and conditions, including on retainer or on an hourly basis.

6. The Trustee will require legal representation in relation to many aspects of this case and other legal matters in connection with this case, including, but not limited to (a) investigating and liquidating assets, (b) identifying and prosecuting claims and causes of action, and (c) review of claims and possible prosecution of objections to claims. The Trustee believes that the Firm is well-qualified to represent the Trustee and that the Firm's employment is in the best interests of the Debtor's bankruptcy estate and its creditors.

7. To the best of the Trustee's knowledge, the Firm does not represent any interest adverse to the Debtor's estate and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) as it applies in 11 U.S.C. § 327(a). Any and all connections with any entity in this case are disclosed in the *Signed Statement of Professional Person* filed herewith.

8. Subject to this Court's jurisdiction and requisite application and approval process with respect to professional fees, the Trustee has agreed to compensate the Firm for its services at its usual hourly rates in effect at the time that services are rendered. The Trustee has also agreed to reimburse the Firm in full for its cash disbursements and for such expenses as the Firm customarily bills to its clients.[1]

---

[1] To the extent of funds recovered in the case.

2

WHEREFORE, based on the foregoing, the Trustee requests entry of an Order, (a) authorizing the Trustee to employ the Firm on the terms described herein, and (b) granting such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

JOHN O. DESMOND, CHAPTER 7 TRUSTEE OF THE ESTATE OF THE DEBTOR

By his counsel,

*/s/ Alan L. Braunstein*
Alan L. Braunstein (BBO #546042)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 523-9000
Fax: (617) 880-3456
abraunstein@riemerlaw.com

Dated: August 18, 2015