UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Debtor. | Chapter 7<br>Case No. 15-12640 (WCH) |

## SIGNED STATEMENT OF PROFESSIONAL PERSON

I, Alan L. Braunstein, of the law firm Riemer & Braunstein LLP (the "**Firm**"), hereby represent to the best of my knowledge that, except as set forth in the *Chapter 7 Trustee's Application for Authority to Employ Riemer & Braunstein LLP as Counsel*:

1. Neither I nor any member of the Firm holds or represents any interest adverse to the bankruptcy estate of Romulo A. Rodrigues-Aguiar (the "**Debtor**").

2. My, and the Firm's connections with the Debtor, its creditors, its attorneys, accountants and other professional persons, other parties in interest, the United States Trustee and any persons employed in the office of such United States Trustee are set forth as follows: The Firm may have represented certain creditors of the Debtor, other parties in interest and/or professionals in matters wholly unrelated to the Debtor or its case.

3. Notwithstanding, I and each member of the Firm are "disinterested persons" as that term is defined in 11 U.S.C. § 101(14).

4. I and each member of the Firm have not agreed to share with any person, other than members and regular employees of the Firm, the compensation to be paid for services rendered in the Debtor's case.

5. The Firm has not received a retainer in this case.

6. I shall amend this statement immediately upon my learning that (a) any of the within representations are incorrect, or (b) there is any change of circumstance relating thereto.

7. I have reviewed the provisions of MLBR 2016-1.

I hereby declare under penalty of perjury that the foregoing is true and correct.

/s/ Alan L. Braunstein
Alan L. Braunstein (BBO #546042)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 523-9000
Fax: (617) 880-3456
abraunstein@riemerlaw.com

Dated: August 18, 2015

2