UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| ROMULO A. RODRIGUES-AGUIAR, | Case No. 15-12640 (MSH) |
| Debtor. | |

**CHAPTER 7 TRUSTEE'S MOTION TO EXTEND THE TIME PERIOD FOR THE TRUSTEE TO OBJECT TO THE DISCHARGE OF THE DEBTOR**

John O. Desmond, the Chapter 7 Trustee (the "**Trustee**") of Romulo A. Rodrigues-Aguiar (the "**Debtor**"), hereby requests that this Court extend the time within which the Trustee may object to the discharge of the Debtor. The Trustee requires additional time to receive and review documents requested from the Debtor in this case. Accordingly, the Trustee requests that this Court extend the time period within which he may object to the discharge of the Debtor pursuant to 11 U.S.C. § 727 for an additional 60 days, from October 13, 2015 through and including December 14, 2015. In support of this Motion, the Trustee represents the following:

1. On July 2, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code.

2. On July 3, 2015, John O. Desmond was appointed Chapter 7 Trustee.

3. The meeting of creditors required by 11 U.S.C. § 341 was conducted by the Trustee on August 11, 2015 and continued to September 16, 2015.

4. The deadline for the Trustee to object to the Debtor's discharge falls on October 13, 2015.

5.     The Trustee requires additional time to receive and review documents requested from the Debtor. It is possible that after the review of the outstanding documents, the Trustee will require additional documents and information from the Debtor. Accordingly, based upon the foregoing, the Trustee asserts that cause exist to extend the time period for the Trustee to object to the Debtor's discharge.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order (a) extending the time period for the Trustee to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 for an additional 60 days through and including **December 14, 2015,** and (b) granting such other and further relief as this Court deems just and proper.

JOHN O. DESMOND,
CHAPTER 7 TRUSTEE OF
ROMULO A. RODRIGUES-AGUIAR,

By his attorneys,
RIEMER & BRAUNSTEIN LLP

*/s/ Alan L. Braunstein*
Alan L. Braunstein (BBO #546042)

Dated: August 24, 2015

Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
(617-880-3456
abraunstein@riemerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> ROMULO A. RODRIGUES-AGUIAR, <br><br> Debtor. | Chapter 7 <br> Case No. 15-12640 (MSH) |

## CERTIFICATE OF SERVICE

I, Alan L. Braunstein, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on August 24, 2015, a true and accurate copy of the **CHAPTER 7 TRUSTEE'S MOTION TO EXTEND THE TIME FOR THE TRUSTEE TO OBJECT TO THE DISCHARGE OF THE DEBTOR** by first class United States mail, postage pre-paid, or by electronic notification (EN) where indicated, to the individuals listed below:

Office of the United States Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV; (EN)

John O. Desmond, Esq.
24 Union Avenue
Framingham, MA 01702
trustee@jdesmond.com; jdesmond@ecf.epiqsystems.com (EN)

James Hayes, Esq.
James Hayes and Associates
82 Otis Street
Cambridge, MA 02141
james.ace@comcast.net (EN)

Romulo A Rodrigues-Aguiar
19 One Salem Street
Swampscott, MA 01907

Laura White Brandow, Esq.
Marcus Errico Emmer & Brooks, PC
45 Braintree Hill Park, Suite 107
Braintree, MA 02184
lbrandow@meeb.com (EN)

Michael Grant, Esq.
LeClair Ryan, P.C.
One International Place, 11th Floor
Boston, MA 02110
michael.grant@leclairryan.com (EN)

James J. McNulty
40 Court Street, Suite 1150
Boston, MA 02108
jjm@jjmcnultylaw.com (EN)

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Commonwealth of Massachusetts
Department of Unemployment Assistance
Charles F. Hurley Building
19 Staniford Street
Boston, MA 02114

2

United States Attorney
John Joseph Moakley United States Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Office of the Attorney General
Fair Labor Division
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108

/s/ Alan L. Braunstein
Alan L. Braunstein (BBO #546042)
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
(617-880-3456
abraunstein@riemerlaw.com

1878100.1

3