UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Debtor. | Chapter 7<br>Case No. 15-12640 (WCH) |
|---|---|

### CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY RIEMER & BRAUNSTEIN LLP AS COUNSEL

John O. Desmond, the duly appointed and acting Chapter 7 Trustee (the "**Trustee**") of the estate of Romulo A. Rodrigues-Aguiar (the "**Debtor**"), hereby applies for an Order of this Court authorizing the Trustee to employ the law firm of Riemer & Braunstein LLP of Boston, Massachusetts (the "**Firm**") as counsel to represent the Trustee in all matters related to the Debtor's bankruptcy estate. In support of this application, the Trustee respectfully represents:

#### Jurisdiction

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for relief requested herein are sections 105, 327 and 328 of Title 11 of the United States Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and MLBR 2014-1.

#### Background

3. On July 2, 2015, a Chapter 7 voluntary petition was filed by the Debtor.

4. On July 3, 2015, John O. Desmond was appointed Chapter 7 Trustee.

09/04/2015 ALLOWED. NO OBJECTIONS FILED.