UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

ROMULO A. RODRIGUES-AGUIAR,

Debtor.

Chapter 7
Case No. 15-12640 (MSH)

## CHAPTER 7 TRUSTEE'S MOTION TO EXTEND THE TIME PERIOD FOR THE TRUSTEE TO OBJECT TO THE DISCHARGE OF THE DEBTOR



09/08/2015 ALLOWED. NO OBJECTIONS FILED.

John O. Desmond, the Chapter 7 Trustee (the "**Trustee**") of Romulo A. Rodrigues-Aguiar (the "**Debtor**"), hereby requests that this Court extend the time within which the Trustee may object to the discharge of the Debtor. The Trustee requires additional time to receive and review documents requested from the Debtor in this case. Accordingly, the Trustee requests that this Court extend the time period within which he may object to the discharge of the Debtor pursuant to 11 U.S.C. § 727 for an additional 60 days, from October 13, 2015 through and including December 14, 2015. In support of this Motion, the Trustee represents the following:

1. On July 2, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code.

2. On July 3, 2015, John O. Desmond was appointed Chapter 7 Trustee.

3. The meeting of creditors required by 11 U.S.C. § 341 was conducted by the Trustee on August 11, 2015 and continued to September 16, 2015.

4. The deadline for the Trustee to object to the Debtor's discharge falls on October 13, 2015.