UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Romulo A. Rodrigues-Aguiar,

Debtor

Chapter 7 Case
Case No. 15-12640

09/23/2015 Allowed. No objections filed.

MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE OR
DISCHARGEABILITY OF A DEBT

NOW COMES Keila Maria Rodriguez, a creditor in the above captioned matter, and respectfully moves the court pursuant to Fed.R.Bankr.P. 4004 and 4007 to extend the time within which she may commence a proceeding seeking the denial of the debtor's discharge and/or a determination of the dischargeability of a debt owed to her by the debtor, and in support of the motion states as follows:

1. The debtor commenced this case by filing a petition under chapter 7 on July 2, 2015. Schedules and other statements were filed thereafter.
2. A review of the debtor's schedules (docket number 18) reflect numerous entries of dubious credibility. For example, the debtor states on schedule B that he has no checking or other financial accounts; no household goods and furnishings; and no stock and interests in incorporated and unincorporated businesses.
3. Furthermore, the majority of debts listed on schedule F are described as "unknown" in amount.
4. Schedules I and J indicate no income and no expenses.
5. The means test, form 22A (document 20), is all zeros.
6. Form 22A-1 indicates that the debtor is married and has two children, and that his average monthly income for the last six months was $3,811.00.
7. The foregoing is strongly redolent of one or more "false oaths" within the meaning of In re Tully, 818 F.2d 106 (1st Cir. 1987).
8. The statement that the debtor has "no stock and interests in incorporated and unincorporated businesses" is particularly disturbing because the debtor entered into a contract with Rodriguez (the moving party) whereby he was to sell Supreme Cars, Inc. (a used car business in Lynn, MA) to her and Yuridania D. Suero. A review of the Corporation records at the website of the Secretary of the Commonwealth