United States Bankruptcy Court
District of Massachusetts

In re:                                                                                    Case No. 15-12640-msh
Romulo A    Rodrigues-Aguiar                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1           User: ml                  Page 1 of 1                  Date Rcvd: Oct 14, 2015
                               Form ID: pdf012           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2015.
db              Romulo A    Rodrigues-Aguiar,   19 One Salem Street,   Swampscott, MA  01907
19560796      +Shamrock Finance LLC,   c/o James J McNulty, Esq,   40 Court Street, 11th Floor,
                Boston, MA 02108-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2015 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Trustee John O. Desmond abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              David G. Baker    on behalf of Creditor Keila Maria Rodriguez
               bkdave1@verizon.net;ecf@bostonbankruptcy.org
              James Hayes    on behalf of Debtor Romulo A    Rodrigues-Aguiar james.ace@comcast.net
              James J. McNulty    on behalf of Creditor    Shamrock Finance LLC jjm@jjmcnultylaw.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John O. Desmond    trustee@jdesmond.com,   jdesmond@ecf.epiqsystems.com
              Laura White Brandow    on behalf of Creditor    One Salem Street Improvement Association, Inc.
               lbrandow@meeb.com
              Michael Grant    on behalf of Creditor    Source One Financial Corporation
               michael.grant@leclairryan.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

CHAPTER 7
CASE NO. 15-12640-WCH

In Re:

Romulo A. Rodrigues-Aguiar,
    Debtor

MOTION TO EXTEND
DEADLINE TO OBJECT
DEBTOR'S DISCHARGE
AND CHALLENGE
DISCHARGEABILITY OF
CERTAIN DEBTS

10/14/2015 Allowed.

Pursuant to Federal Rules of Bankruptcy Procedure 4004(b)(1) and 4007(c), creditor Shamrock Finance LLC ("Shamrock") hereby moves this Court for an Order extending the current Tuesday, October 13, 2015 deadline to object to the debtor, Romulo A. Rodrigues-Aguiar's ("Debtor") discharge and/or challenge the dischargeability of certain debts of the Debtor for approximately sixty (60) days which would make Monday, December 14, 2015 the new deadline. In further support of this Motion, Shamrock states as follows:

1. On July 2, 2015 the Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code;

2. On July 3, 2015 John O. Desmond (the "Trustee") was appointed Chapter 7 Trustee in this matter;

3. On August 11, 2015, the Trustee conducted the Meeting of Creditors required as required by 11 U.S.C. § 341;

4. The Trustee continued the Meeting of Creditors to Friday, October 16, 2015;

5. The Trustee filed his Motion to Extend the Time Period for the Trustee to Object to the Discharge of the Debtor (Docket No. 27) which the Trustee stated therein that he