10/26/2015 ALLOWED. NO OBJECTIONS FILED.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Romulo A. Rodrigues-Aguiar, ) | Case No. 15-12640 (WCH) |
| ) | |
| Debtor. ) | |

## MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE AND CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS

Pursuant to Fed. R. Bankr. P. 4004(b)(1) and 4007(c), creditor Source One Financial Corporation ("Source One") hereby moves the court for an Order extending the current October 13, 2015 deadline to object to the debtor Romulo A. Rodrigues-Aguiar's ("Debtor") discharge and/or challenge the dischargeability of certain of the Debtor's debts for approximately sixty (60) days, making December 14, 2015 the new deadline. In further support of this Motion, Source One states as follows:

1. Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code on July 2, 2015.

2. On July 3, 2015 John O. Desmond was appointed Chapter 7 Trustee (the "Trustee") in this matter.

3. The meeting of creditors required by 11 U.S.C. § 341 was conducted by the Trustee on August 11, 2015.

4. The Creditors' Meeting was continued by the Trustee until October 16, 2015.