## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Romulo A Rodrigues-Aguiar, aka Romulo A. Aguiar

Everett Cooperative Bank,

VS.

Romulo A Rodrigues-Aguiar, aka Romulo A. Aguiar

CHAPTER 7
CASE NO. 15-12640-MSH

## MOTION FOR RELIEF FROM STAY

To the Honorable Melvin S. Hoffman:

Everett Cooperative Bank, your moving party in the within Motion, respectfully represents:

1. The Movant has a mailing address of 419 Broadway, Everett, MA 02149.

2. The Debtor, Romulo A Rodrigues-Aguiar, aka Romulo A. Aguiar, has a mailing address of 19 One Salem Street, Swampscott, MA 01907.

3. On July 2, 2015, the Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The Movant is the holder of a first mortgage on real estate in the original amount of $680,000.00 given by Ramulo Aguiar and Elizandra Oliveira Aguiar to Everett Cooperative Bank on or about November 7, 2014. Said mortgage is recorded with the Essex County (Southern District) Registry of Deeds at Book 33662, Page 541 and covers the premises located at <u>19 One Salem Street,</u>

1

Swampscott, MA 01907.

5. Said mortgage secures a note given by Elizandra Oliveira Aguiar and Ramulo Aguiar to Everett Cooperative Bank in the original amount of $680,000.00. A copy of the mortgage and note is annexed hereto and marked as **Exhibit A**.

6. Said mortgage has not been assigned.

7. There is a Declaration of Homestead recorded with the Essex County (Southern District) Registry of Deeds at Book 33662, Page 560.

8. There is no other collateral securing the obligation.

9. As of November 2, 2015, approximately $682,179.97 in principal, interest, late fees and other charges was due with regard to Everett Cooperative Bank's note and mortgage. As a result of this motion, attorney's fees and costs of approximately $926.00 have accrued. This figure may increase as additional attorney's fees and costs accrue.

10. There are no other known encumbrances on the property.

11. According to the Debtor's Schedules, the fair market value of the subject property is $950,000.00. The liquidation value of the subject property is $888,168.00, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($4,332.00) and anticipated costs incurred for a real estate closing of $500.00.

11. The note and mortgage are in default for the August 1, 2015 payment, and all payments thereafter plus reasonable attorney's fees and costs and other charges incurred by the Movant.

12. The Movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the Movant states that it is entitled to relief:

   I.   Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the Debtor is in default on said contractual obligations.

WHEREFORE, the Movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the Debtor and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

Respectfully submitted,
Everett Cooperative Bank,
By its attorney


/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
Harmon Law Offices, P.C.
P.O. Box 610389
Newton, MA 02461-0345
(617) 558-0500
mabk@harmonlaw.com

Dated: November 13, 2015

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE: | CHAPTER 7 |
|---|---|
| Romulo A Rodrigues-Aguiar, aka Romulo A. Aguiar | CASE NO. 15-12640-MSH |

## **CERTIFICATE OF SERVICE**

I, Jason J. Giguere, Esquire, state that on November 13, 2015, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on behalf of Everett Cooperative Bank on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
John O. Desmond, Esquire, Chapter 7 Trustee
Alan L. Braunstein, Esquire, Chapter 7 Trustee
James P. Hayes, Esquire for the Debtor
Laura White Brandow, Esquire for One Salem Street Improvement Association, Inc.
James J. McNulty, Esquire for Shamrock Finance LLC
Michael Grant, Esquire for Source One Financial Corporation
David G. Baker, Esquire for Keila Maria Rodriguez

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662

Romulo A Rodrigues-Aguiar, aka Romulo A. Aguiar
19 One Salem Street
Swampscott, MA 01907-1345

Ramulo Aguiar
19 One Salem Street
Swampscott, MA 01907

Elizandra Oliveira Aguiar
19 One Salem Street
Swampscott, MA 01907

Town of Swampscott-Office of the Tax Collector
22 Monument Avenue
Swampscott, MA 01907

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Keila Maria Rodriguez
c/o David G. Baker, Esq.
236 Huntington Avenue, Suite 306
Boston, MA 02115

Source One Financial Corporation
183 Washington Street, #1
Norwell, MA 02061


JJG//15-12640-MSH/Rodrigues-Aguiar, aka Romulo A. Aguiar, Romulo

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| In re:<br><br>Romulo A Rodrigues-Aguiar, aka Romulo A. Aguiar | CHAPTER 7<br>CASE NO. 15-12640-MSH |

**Order Granting Everett Cooperative Bank Relief
From The Automatic Stay And Leave To Foreclose Mortgage**

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that Everett Cooperative Bank, its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Elizandra Oliveira Aguiar and Ramulo Aguiar to Everett Cooperative Bank, dated November 7, 2014 and recorded with the Essex County (Southern District) Registry of Deeds at Book 33662, Page 541 and which covers the premises located at <u>19 One Salem Street, Swampscott, MA 01907</u>, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

_____

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

201511-0011