UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                        Chapter 7

Romulo A. Rodrigues-Aguiar          Case No. 15-12640-MSH
    Debtor

SECOND MOTION TO EXTEND TIME FOR FILING
AN OBJECTION TO DISCHARGE UNDER §727

John O. Desmond, Trustee, requests the Court to extend the time for the trustee to file an objection to discharge under §727 from December 14, 2015 to March 14, 2015. In support of the motion, the trustee states the following:

1. The above named Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on July 2, 2015. The Trustee conducted the meeting of creditors required pursuant to 11 U.S.C. § 341 on August 11, 2015. The meeting of creditors was continued to November 12, 2015 at which time the trustee examined the debtor for a second time. Both the §341 examinations were attended by several creditors and their attorneys and lasted more than an hour. The trustee moved the Debtor's §341 examinations to the end of each daily list so that the lengthy meetings did not delay other debtor §341 meetings scheduled for the same day. The trustee has continued the meeting of creditors to January 14, 2016.

2. There are a number of difficult issues to be examined by the trustee including, but not limited to, the undisclosed sale of real property in Everett, Massachusetts, and the disposition of $125,000 in cash proceeds from the sale of used car business within a month of the petition.

3. The trustee has filed motions to conduct Rule 2004 examinations of third parties that were recently allowed by the court. The trustee needs additional time to review the requested documents before filing a complaint objecting to discharge. Accordingly, based on the foregoing, the trustee asserts that cause exists to extend the time period for the trustee to object to the debtor's discharge.

4. The court has previously extended the time for the trustee to object to discharge from October 13, 2015 to December 14, 2015. The trustee requests an extension of time to March 14, 2015 in order to have sufficient time to examine the relevant records concerning issues bearing upon discharge. This request for an extension is limited to the trustee only.

WHEREFORE, the Trustee requests that the Court extend the time for the trustee to file an objection to discharge under §727 to March 14, 2015.

Dated: December 14, 2015

/s/ John O. Desmond
_____
John O. Desmond (BBO 554580)
Trustee
24 Union Avenue
Framingham, MA 01702
Tel: (508) 879-9638
Email: trustee@jdesmond.com

CERTIFICATE OF SERVICE

December 11, 2015

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing SECOND MOTION TO EXTEND TIME FOR FILING AN OBJECTION TO DISCHARGE UNDER §727 were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

United States Trustee

| | |
|---|---|
| James Hayes, Esq. | Attorney for Debtor |
| Michael Grant, Esq. | Attorney for Source One Financial Corp. |
| Laura Brandow White, Esq. | Attorney for One Salem Street Improvement |
| David G. Baker, Esq. | Attorney for Kelia Maria Rodriguez |
| Jason Giguere, Esq. | Attorney for Everett Cooperative Bank |
| Richard T. Mulligan, Esq. | Attorney for Everett Cooperative Bank |
| James McNulty, Esq. | Attorney for Shamrock Finance |
| Alan Braunstein, Esq. | Attorney for Trustee |
| Jeffrey Ganz, Esq. | Attorney for Trustee |

Romulo A. Rodrigues-Aguiar
19 One Salem Street
Swampscott, MA 01907

                                            /s/ John O. Desmond
                                            _____
                                            John O. Desmond