# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Romulo A. Rodrigues-Aguiar, ) | Case No. 15-12640 (WCH) |
| ) | |
| Debtor. ) | |

## SECOND MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE AND CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS

Pursuant to Fed. R. Bankr. P. 4004(b)(1) and 4007(c), creditor Source One Financial Corporation ("Source One") hereby moves the court for an Order extending the current December 14, 2015 deadline to object to the debtor Romulo A. Rodrigues-Aguiar's ("Debtor") discharge and/or challenge the dischargeability of certain of the Debtor's debts for approximately ninety (90) days, making March 14, 2016 the new deadline. In further support of this Motion, Source One states as follows:

1. Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code on July 2, 2015.

2. On July 3, 2015 John O. Desmond was appointed Chapter 7 Trustee (the "Trustee") in this matter.

3. The meeting of creditors required by 11 U.S.C. § 341 was conducted by the Trustee on August 11, 2015.

4. The continued Creditors' Meeting was conducted by the Trustee on November 12, 2015.

5. The Trustee filed a second Motion to Extend the Time Period for the Trustee to Object to the Discharge of the Debtor [Dkt. 59] in which the Trustee stated that he requires additional time to conduct Rule 2004 examinations of third parties and review documents requested from third parties. The Trustee has stated that he needs additional time to review the requested documents before filing a complaint objecting to discharge. The Trustee's motion requests that March 14, 2016 be the new deadline to object to the Debtor's discharge.

6. Federal Rule of Bankruptcy Procedure 4004(b)(1) provides that "[o]n motion of any party in interest, after notice and hearing, the court may for cause extend the time to object to discharge. Except as provided in subdivision (b)(2), the motion shall be filed before the time has expired." Likewise, the time for filing a complaint objecting to the dischargeability of a debtor's debts may be extended pursuant to Fed. R. Civ. P. 4007(c).

7. Based upon the Debtor's testimony at the 341 meetings and information obtained through its own independent investigation, Source One may seek to examine the Debtor at a Rule 2004 examination.

8. Given these circumstances and at this juncture, Source One believes that sufficient cause exists to extend for approximately ninety (90) days the current December 14, 2015 deadline to object to Debtor's discharge and to challenge the dischargeability of certain debts, making March 14, 2016 the new objection deadline.

WHEREFORE, Source One Financial Corporation respectfully request that the Court GRANT this Motion, extend the December 14, 2015 objection deadline for approximately ninety (90) days, making March 14, 2016 the new deadline to object to

Debtor's discharge and challenge the dischargeability of certain debts and grant such other relief as the Court deems meet and just.

SOURCE ONE FINANCIAL
CORPORATION

By its attorneys,

/s/ Michael T. Grant_____
Michael T. Grant, BBO# 677893
LECLAIRRYAN, *A Professional Corporation*
One International Place, 11th Floor
Boston, MA  02110
(617) 502-8200
michael.grant@leclairryan.com

December 11, 2015

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic's Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of this date.

/s/ Michael Grant_____