United States Bankruptcy Court
District of Massachusetts

In re:  
Romulo A Rodrigues-Aguiar  
    Debtor

Case No. 15-12640-msh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: ml     Page 1 of 1     Date Rcvd: Dec 09, 2015  
                     Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2015.  
db         Romulo A Rodrigues-Aguiar, 19 One Salem Street, Swampscott, MA 01907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2015 at the address(es) listed below:

       Alan L. Braunstein    on behalf of Trustee John O. Desmond abraunstein@riemerlaw.com, ahall@riemerlaw.com  
       David G. Baker    on behalf of Creditor Keila Maria Rodriguez bkdave1@verizon.net;ecf@bostonbankruptcy.org  
       James Hayes    on behalf of Debtor Romulo A Rodrigues-Aguiar james.ace@comcast.net  
       James J. McNulty    on behalf of Creditor Shamrock Finance LLC jjm@jjmcnultylaw.com  
       Jason Giguere    on behalf of Creditor Everett Cooperative Bank mabk@harmonlaw.com, mabk@harmonlaw.com  
       Jeffrey D. Ganz    on behalf of Trustee John O. Desmond JGanz@riemerlaw.com, mshaver@riemerlaw.com;ndailey@riemerlaw.com  
       John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
       John O. Desmond    trustee@jdesmond.com, jdesmond@ecf.epiqsystems.com  
       Laura White Brandow    on behalf of Creditor One Salem Street Improvement Association, Inc. lbrandow@meeb.com  
       Michael Grant    on behalf of Creditor Source One Financial Corporation michael.grant@leclairryan.com  
       Richard T. Mulligan    on behalf of Creditor Everett Cooperative Bank mabk@harmonlaw.com  
                                                                                                       TOTAL: 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Debtor. | Case No. 15-12640 (MSH)<br><br>Chapter 7 |

**TRUSTEE'S MOTION FOR AUTHORITY UNDER FED.R.BANKR.P. 2004
TO OBTAIN DOCUMENTS AND TESTIMONY FROM JOSEPH P. MARCHESE, JR.**

Pursuant to Fed.R.Bankr.P. 2004, John O. Desmond, the duly appointed and acting Chapter 7 Trustee (the "Trustee") of the estate of Romulo A. Rodrigues-Aguiar (the "Debtor"), requests leave to conduct the examination of Joseph P. Marchese, Jr. individually ("Marchese") and in his capacity as trustee of the Rufus Realty Trust (the "Rufus Trust"), and to issue one or more subpoenas (a) compelling Marchese's attendance at such examination pursuant to Fed.R.Bankr.P. 2004(d) at the office of the Trustee's counsel located at Three Center Plaza, Boston, Massachusetts, at a time to be determined by the Trustee, and (b) requiring Marchese and the Rufus Trust to produce with fourteen (14) days of the Trustee's request, all documents identified on the attached Exhibit A among others the Trustee may request.

Prior to the date that the Debtor filed his voluntary petition seeking relief under Chapter 7 of the U.S. Bankruptcy Code, Marchese was involved in a number of business transactions with the Debtor and his spouse. Those transactions include, but are not limited to,

1. the January 21, 2014 sale of certain real property in Everett from Marchese and his brother to the Debtor and his spouse for $345,000, which resulted in Marchese providing financing secured by a mortgage on that property,

2. the October 28, 2014 sale of certain real property in Swampscott from the Rufus Trust to the Debtor and his spouse for $850,000,

*12/09/2015 Allowed. No objections filed.*