UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

CHAPTER 7
CASE NO. 15-12640-WCH

|   |   |
|---|---|
| In Re: | SECOND MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE AND CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS |
| Romulo A. Rodrigues-Aguiar,<br>　　　　Debtor | |

Pursuant to Federal Rules of Bankruptcy Procedure 4004(b)(1) and 4007(c), creditor Shamrock Finance LLC ("Shamrock") hereby moves this Court for an Order extending the current Monday, December 14, 2014 deadline to object to the debtor, Romulo A. Rodrigues-Aguiar's ("Debtor") discharge and/or challenge the dischargeability of certain debts of the Debtor for approximately ninety (90) days which would make Monday, March 14, 2016 the new deadline. In further support of this Motion, Shamrock states as follows:

1. On July 2, 2015 Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code;

2. On July 3, 2015 John O. Desmond (the "Trustee") was appointed Chapter 7 Trustee in this matter;

3. On August 11, 2015 Trustee conducted the Meeting of Creditors required as required by 11 U.S.C. § 341;

4. The Trustee held the continued Meeting of Creditors on Friday, November 12, 2015;

5. The Trustee continued the Meeting of Creditors to Thursday, January 14, 2016;

6. The Trustee filed his Second Motion to Extend the Time Period for the Trustee to

Object to the Discharge of the Debtor (Docket No. 59) which the Trustee stated therein that Trustee needs additional time to review the requested documents before filing a complaint objecting to discharge;

7. The Trustee's motion requests that Monday, March 14, 2016 be the new deadline to object to Debtor's discharge;

8. The Trustee has further asserted that there are a number of difficult issues to be examined by the Trustee including without limitation the undisclosed sale of real property in Everett, Massachusetts and the disposition of one hundred twenty-five thousand ($125,000) dollars in cash proceeds from the sale of used cars business within a month of the Debtor's voluntary petition;

9. Fed. R. Bankr. P. 4004(b)(1) provides that "[o]n motion of any party in interest, after notice and hearing, the court may for cause extend the time to object to discharge. Except as provided in subdivision (b)(2), the motion shall be field before the time has expired." Likewise, the time for filing a Complaint objecting to the dischargeability of a debtor's debts may be extended pursuant to Fed. R. Bankr. P. 4007(c);

10. Based upon the Debtor's testimony at the initial §341 Meeting of Creditors and information obtained through its own independent investigation, Shamrock may also seek to examine the Debtor at a Rule 2004 examination;

11. In light of these circumstances, Shamrock believes that sufficient cause exists to extend for approximately ninety (90) days the current Monday, December 14, 2015 deadline to object to Debtor's discharge and to challenge the dischareability of certain debts which makes Monday, March 14, 2015 the new deadline to object.

*Shamrock's Motion to Extend Deadline to Object to Debtor's Discharge and Challenge Dischargeability of Certain Debts*

2

WHEREFORE Shamrock respectfully requests that this Honorable Court grant this Motion, extend the December 14, 2015 deadline to object for approximately ninety (90) days which makes Monday, March 14, 2015 the new deadline to object Debtor's discharge and to challenge the dischareability of certain debts and grant such other relief as the Court deems just and appropriate.

        Respectfully submitted,
        **SHAMROCK FINANCE LLC**
        By its attorney,

        */s/ James J. McNulty*
        James J. McNulty, Esq. BBO # 339940
        40 Court Street, 11th Floor
        Boston, MA  02108-2202
        Tel. No. (617) 263-3300
        jjm@jjmcnultylaw.com

Dated: December 14, 2015

*Shamrock's Motion to Extend Deadline to Object to Debtor's*
*Discharge and Challenge Dischargeability of Certain Debts*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In Re: | CHAPTER 7 |
|  | CASE NO. 15-12640-WCH |
| Romulo A. Rodrigues-Aguiar, | **CERTIFICATE OF SERVICE** |
| Debtor |  |

I, James J. McNulty, counsel for **SHAMROCK FINANCE LLC**, do hereby certify that on December 14, 2015, I served the foregoing "Second Motion to Extend Deadline to Object to Debtor's Discharge and Challenge Dischargeability of Certain Debts" by causing paper copies to be sent to those indicated as non-registered participants and same to be filed with the Bankruptcy Court and through the ECF system via e-mail at the addresses listed below:

- Alan L. Braunstein on behalf of Trustee John O. Desmond
  (abraunstein@riemerlaw.com; ahall@riemerlaw.com)
- David G. Baker on behalf of Creditor Keila Maria Roadriguez
  (bkdave1@verizon.net; ecf@bostonbankruptcy.org)
- James Hayes on behalf of Debtor Romulo A. Rodrigues-Aguiar
  (james.ace@comcast.net)
- John Fitzgerald (USTPRegion01.BO.ECF@USDOJ.GOV)
- John O. Desmond (trustee@jdesmond.com; jdesmond@ecf.epiqsystems.com)
- Jeffrey Ganz on behalf of Trustee John O. Desmond (JGanz@riemerlaw.com)
- Laura White Brandow on behalf of Creditor One Salem Street Improvement Association, Inc. (lbrandow@meeb.com)
- Michael Grant on behalf of Source One Finance Corporation
  (michael.grant@leclairryan.com)
- Jason Giguere on behalf of creditor Everett Cooperative Bank
  (mabk@harmonlaw.com)
- Richard T. Mulligan on behalf of creditor Everett Cooperative Bank

_____
James J. McNulty, Esq. BBO# 339940
40 Court Street, Suite 1150
Boston, MA 02108
Tel. 617-263-3300
jjm@jjmcnultylaw.com

*Shamrock's Motion to Extend Deadline to Object to Debtor's
Discharge and Challenge Dischargeability of Certain Debts*

4