United States Bankruptcy Court
District of Massachusetts

| | | | |
|---|---|---|---|
| In re | **Romulo A Rodrigues-Aguiar** | Case No. | **15-12640WCH** |
| | **AKA Romulo A. Aguiar** | | |
| | Debtor | | |
| Address | **19 One Salem Street** | Chapter | **7** |
| | **Swampscott, MA 01907** | | |

Last four digits of Social Security or Individual
Tax-payer Identification (ITIN) No(s).,(if any):   xxx-xx-7172
Employer's Tax Identification (EIN) No(s). (if any):

**Debtor's Opposition and Objection To Chapter 7 Trustee John O. Desmond, Esq.'s
Second Motion to Extend Deadline
to Object To Debtor's Discharge**

Debtor, through counsel enters its objection to the above-described motion docketed as document 59. Debtor responds as follows corresponding to the the paragraphs in the above-described motion now opposed by debtor

1.  Admits.

2.  Denies so much as asserts an undisclosed sale and that $125,000.00 was disposed of within a month of the petition.

3.  Admits Court's Allowance of Rule 2004 examination. Denies cause exists to extend the time period within which to file a complaint objecting to discharge. Denies there exists sufficient cause to extend. Moving Chapter 7 Trustee has now had over five months in which to act or examine parties and it has failed to do so. The Court already extended the deadline for ninety days within which time Moving Chapter 7 Trustee failed to implement the actions asserted as cause for the extension of time, other than to request another extension.

4.  Admits.

WHEREFORE, debtor prays that this Honorable Court deny with prejudice Moving Chapter 7 Trustee's Second Motion to Extend Deadline to Object To Debtor's Discharge and/or for such other relief as this Court may deem fair and just.

| | | |
|---|---|---|
| Date **December 28, 2015** | Signature | **/s/ James Hayes BBO** |
| | Name | **James Hayes BBO 226790** |
| | Address | **James Hayes & Associates** |
| | | **82 Otis Street Unit One** |
| | | **Cambridge, MA 02141-1719** |
| | | **(617) 547-7771** |
| | | **email: james.ace@comcast.net** |

United States Bankruptcy Court
District of Massachusetts

| | | | |
|---|---|---|---|
| In re | Romulo A Rodrigues-Aguiar | Case No. | 15-12640WCH |
| | Debtor(s) | Chapter | 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 28, 2015**, a copy of the attached Debtor's Opposition and Objection To Chapter 7 Trustee John O. Desmond Esq.'s Second Motion To Extend Deadline To Object To Debtor's Discharge was served electronically or by regular United States mail to all interested parties, the Trustee and all persons listed on the attached service list.

/s/ James Hayes BBO
James Hayes BBO 226790
James Hayes & Associates
82 Otis Street Unit One
Cambridge, MA 02141-1719
617-547-7771 Fax:617-491-5145
James.ace@comcast.net

## SERVICE LIST

United States Trustee

| | |
|---|---|
| James Hayes, Esq. | Attorney for Debtor |
| Michael Grant, Esq. | Attorney for Source One Financial Corp. |
| Laura Brandow White, Esq. | Attorney for One Salem Street Improvement |
| David G. Baker, Esq. | Attorney for Kelia Maria Rodriguez |
| Jason Giguere, Esq. | Attorney for Everett Cooperative Bank |
| Richard T. Mulligan, Esq. | Attorney for Everett Cooperative Bank |
| James McNulty, Esq. | Attorney for Shamrock Finance |
| Alan Braunstein, Esq. | Attorney for Trustee |
| Jeffrey Ganz, Esq. | Attorney for Trustee |
| John O. Desmond, Esq. | Chapter 7 Trustee |

Romulo A. Rodrigues-Aguiar
19 One Salem Street
Swampscott, MA 01907