UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Debtor. | Case No. 15-12640 (MSH)<br><br>Chapter 7 |

**JOINT MOTION OF CHAPTER 7 TRUSTEE AND RAYMOND QUERIOZ TO EXTEND RESPONSE/OBJECTION DEADLINE TO SALE MOTION [Doc No. 97]**

**[Emergency Determination Requested]**

To the Honorable Melvin Hoffman Bankruptcy Judge:

Now comes Raymond Querioz ("Querioz") and John Desmond, Chapter 7 Trustee (the "Trustee"), by and through their respected counsel, and request that this Court extend the deadline for Querioz to file a response/objection to Chapter 7 Trustee's Motion Pursuant to 11 U.S.C. §§ 363(b), (f), and (h) and 541 For an Order: (A) Determining Debtor's Interest in Real Property Located at 27 Lynde Street, Everett, Massachusetts as Property of The Estate and Granting Trustee Authorization to Sell Such Property Pursuant to 11 U.S.C. §§ 363(b), (f) and (h) Free and Clear of All Liens, Adverse Claims, Encumbrances, and Other Interests Including Interest of Any Co-Owner; and (B) Authorizing Bidding Procedures and Other Related Relief [Doc. No. 97] (the "Motion"). The Motion was filed on February 5, 2016 and the deadline to file a response or objection is March 2, 2016. A hearing on the Motion is set for March 8, 2016 at 1:00 p.m. As reasons therefore, the parties state that they have been and continue to engage in meaningful settlement discussions which were briefly interrupted by reasons outside of their control and such discussions have productively resumed.

Accordingly, an additional two days are needed in furtherance of settlement but leaving sufficient time for any response that Querioz may file in the event a resolution cannot be effectuated.

Pursuant to MLBR 9013-1(g), the Trustee requests an emergency determination for this Motion considering the objection deadline is March 2, 2016. The Court already indicated at a different hearing today that such extension will be granted.

WHEREFORE, the Trustee and Querioz request that this Court further extend the deadline for Querioz to file a response or objection to the Motion up to and including March 4, 2016 at 4:30 p.m.

RESPECTFULLY SUBMITTED,

JOHN O. DESMOND, CHAPTER 7 TRUSTEE OF THE ESTATE OF THE DEBTOR

By his counsel,

*/s/ Alan L. Braunstein*
Alan L. Braunstein (BBO #546042)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 523-9000
Fax: (617) 880-3456
abraunstein@riemerlaw.com


RAYMOND QUERIOZ

By his counsel,

*/s/ William L. Maher* *
William L. Maher, (BBO # 545146)
6 Beacon Street, Suite 515
Boston, Massachusetts 02108
Tel: (617) 227-4407


Dated: March 2, 2016


*Pursuant to Appendix 8, Rule 8(b)(2) of the Local Rules of the United States Bankruptcy Court for the District of Massachusetts, I, Alan L. Braunstein, hereby represent that I have authority to consent to this document on behalf of William L. Maher, counsel to Raymond Querioz.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Debtor. | Case No. 15-12640 (MSH)<br><br>Chapter 7 |

## **CERTIFICATE OF SERVICE**

I, Alan L. Braunstein, with the law firm of Riemer & Braunstein LLP, hereby certify that on March 2, 2016 I caused to be served a true and correct copy of the foregoing by first class United States mail, postage pre-paid, by e-mail, or by electronic notification (EN), where indicated, upon the interested parties listed below:

Office of the United States Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV  (EN)

John O. Desmond
5 Edgell Road, Suite 30A
Framingham, MA 01701
trustee@jdesmond.com, jdesmond@ecf.epiqsystems.com (EN)

James Hayes, Esq.
James Hayes and Associates
82 Otis Street
Cambridge, MA 02141
james.ace@comcast.net (EN)

Romulo A Rodrigues-Aguiar
19 One Salem Street
Swampscott, MA 01907

Elizandra Aguiar
19 One Salem Street
Swampscott, MA 01907

David G. Baker
236 Huntington Avenue, Ste. 306
Boston, MA 02115
bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org (EN)

Laura White Brandow, Esq.
Marcus Errico Emmer & Brooks, PC
45 Braintree Hill Park, Suite 107
Braintree, MA 02184
lbrandow@meeb.com (EN)

Alexander L. Cataldo
Alexander L. Cataldo, P.C.
2 Oliver Street, Suite 302
Boston, MA 02110
cataldolaw@outlook.com, cataldoalexander1@gmail.com (EN)

Jason Giguere, Esq.
Richard T. Mulligan, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461
mabk@harmonlaw.com; jgiguere@ecf.courtdrive.com; rmulligan@ecf.courtdrive.com (EN)

Michael Grant, Esq.
LeClair Ryan, P.C.
One International Place, 11th Floor
Boston, MA 02110
michael.grant@leclairryan.com (EN)

James J. McNulty
40 Court Street, Suite 1150
Boston, MA 02108
jjm@jjmcnultylaw.com (EN)

Christopher S. Tolley
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
ctolley@phillips-angley.com; moe@phillips-angley.com; paper@mab.uscourts.gov (EN)


Steven B. Levine, Esq.
Brown Rudnick LLP
One Financial Center, 18th Floor
Boston, MA 02111
slevine@brownrudnick.com

2

William L. Maher, Esq.
6 Beacon Street, Suite 515
Boston, MA 02108

City of Everett Tax Collector
484 Broadway
Room 13
Everett, MA 02149

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Commonwealth of Massachusetts
Department of Unemployment Assistance
Charles F. Hurley Building
19 Staniford Street
Boston, MA 02114

United States Attorney
John Joseph Moakley United States Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

3

Office of the Attorney General
Fair Labor Division
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108

/s/ Alan L. Braunstein
Alan L. Braunstein (BBO #546042)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 523-9000
Fax: (617) 880-3456
abraunstein@riemerlaw.com

1954115.2

4