UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In re:<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Debtor. | Chapter 7<br><br>Case No. 15-12640-MSH |

### INITIAL DISCLOSURES OF JOSEPH P. MARCHESE, JR., AND MICHAEL MARCHESE PURSUANT TO FED. R. CIV. P. 26

Joseph P. Marchese, Jr. ("Joseph"), and Michael Marchese ("Michael," and together with Joseph, the "Marcheses"), by their undersigned attorneys, hereby provide their initial disclosures in accordance with the Court's Contested Matter Pretrial Order entered on September 14, 2016 (the "Order"), in the contested matter concerning the Marcheses' proofs of claim, the objections thereto filed by John O. Desmond, the Chapter 7 trustee (the "Trustee") of the estate of Romulo A. Rodrigues-Aguiar (the "Debtor"), and related papers of the parties in support thereof (the "Contested Matter"), and Fed. R. Civ. P. 26(a)(1) and 26(a)(2) (made applicable to the Contested Matter pursuant to the Order and Fed. R. Bankr. P. 7026 and 9014).

The Marcheses reserve (1) their right to supplement, amend, or correct these disclosures in accordance with Fed. R. Civ. P. 26(e), Fed. R. Bankr. P. 7026 and 9014, and orders of the Court, and (2) all other rights, claims, defenses, and remedies. Nothing herein is intended nor should be construed as admissions of fact or law, nor a waiver or release of any privilege (including, without limitation, the attorney-client privilege) or the attorney work product doctrine.

A. **Individuals Likely To Have Discoverable Information**

1. Joseph, with an address and phone number as follows: 91 Elsie Street, Everett, MA 02149, 781-284-6900.

   Joseph is a creditor of the Debtor and the Debtor's estate. Joseph may have discoverable information concerning the claims and defenses that are the subject of the Contested Matter.

2. Michael, with an address and phone number as follows: 91 Elsie Street, Everett, MA 02149, 781-284-6900.

   Michael is a creditor of the Debtor and the Debtor's estate. Michael may have discoverable information concerning the claims and defenses that are the subject of the Contested Matter.

3. The Debtor; according to the docket for this Chapter 7 case (the "Docket"), the Debtor's address and phone number are as follows: 19 One Salem Street, Swampscott, MA 01907, 978-596-1123.

   The Debtor is liable for debts owed to the Marcheses asserted in their respective proofs of claim that are the subject of the Contested Matter. The Debtor may have discoverable information relating to each of the claims and defenses that are the subject of the Contested Matter.

4. Elizandra Aguiar ("Elizandra"); according to papers filed in this case by the Trustee, the Trustee has contended that Elizandra resides at 19 One Salem Street, Swampscott, MA 01907. The Marcheses do not know Elizandra's phone number.

   Upon information and belief, Elizandra is the Debtor's wife. Elizandra is liable for debts owed to the Marcheses. The Trustee has relied on an affidavit and other alleged statements of and actions by Elizandra to support his objections that are the subject of the Contested Matter. Elizandra may have discoverable information concerning the foregoing as well as other claims and defenses that are the subject of the Contested Matter.

5. The Trustee; according to the Docket, the Trustee's address and phone are as follows: 5 Edgell Road, Suite 30A, Framingham, MA 01701, 508-879-9638.

   The Trustee has objected to proofs of claim filed by the Marcheses that are the subject of the Contested Matter. The Trustee may have discoverable information concerning those objections and related arguments and requested relief.

6. Alan Braunstein, Esquire; according to the Docket, Mr. Braunstein's address and phone number as follows: Riemer & Braunstein, LLP, Three Center Plaza, Boston, MA 02108, 617-523-9000.

   Mr. Braunstein is the Trustee's counsel. Mr. Braunstein may have discoverable information concerning the subject matter of his affidavit filed in support of the Trustee's objections that are the subject of the Contested Matter.

7. Doria Shanahan; upon information and belief, Ms. Shanahan has the following address and phone number: 3 Walden Hill Drive, Peabody, MA 01960, 617-387-1110.

   Upon information and belief, Ms. Shanahan is an officer and employee of Everett Co-Operative Bank (the "Bank"), a creditor of the Debtor. Ms. Shanahan may have discoverable information concerning the Debtor and Elizandra (together, the "Aguiars"), the Bank's lending policies, and the conduct of each of the Aguiars, the Marcheses, the Bank, and the Bank's officers, employees, counsel, and agents relating to the application and documentation for and the negotiation, approval, and closing of certain obligations owed to the Bank, and transactions relating to the real property located in Swampscott, Massachusetts, that the Aguiars acquired (the "Swampscott Property").

8. Joseph Keohane; upon information and belief, Mr. Keohane has the following address and phone number: Everett Co-Operative Bank, 419 Broadway, Everett, MA 02149, 617-387-1110.

   Upon information and belief, Mr. Keohane is an officer and employee of the Bank. Mr. Keohane may have discoverable information concerning the Aguiars, the Bank's lending policies, and the conduct of each of the Aguiars, the Marcheses, the Bank, and the Bank's officers, employees, and agents relating to the application and documentation for and the negotiation, approval, and closing of certain obligations owed to the Bank, and transactions relating to the Swampscott Property.

9. Richard J. O'Neil Jr., Esquire; upon information and belief, Mr. O'Neil has the following address and phone number: Everett Co-Operative Bank, 419 Broadway, Everett, MA 02149, 617-387-1110.

   Upon information and belief, Mr. O'Neil is the Chief Executive Officer of the Bank. Upon information and belief, Mr. O'Neil reviewed and approved the loan application of the Aguiars for their loan obtained from the Bank relating to their acquisition of the Swampscott Property, and furnished and was compensated for legal services relating to those transactions. Mr. O'Neil may have discoverable information concerning the Aguiars, the Bank's lending policies, and the conduct of each of the Aguiars, the Bank, and the Bank's officers, employees, counsel, and

agents relating to the application and documentation for and the negotiation, approval, and closing of certain obligations owed to the Bank, and transactions relating to the Swampscott Property.

10. Paul Delory, Esquire; upon information and belief, Paul Delory has the following address and phone number: Law Office of Paul A. Delory, 365 Broadway, Everett, MA 02149, 617-387-3000.

    Paul Delory is chairman of the board of directors of the Bank and acted as counsel for each of the Bank and the Marcheses. Paul Delory may have discoverable information concerning the Aguiars, the Bank's lending policies, and the conduct of each of the Aguiars, the Marcheses, the Bank, and the Bank's officers, employees, and agents relating to the application and documentation for and the negotiation, approval, and closing of certain obligations owed to each of the Bank and the Marcheses, and transactions relating to the Swampscott Property or the real property the Aguiars acquired located in Everett, Massachusetts (the "Everett Property").

11. Andrew Delory, Esquire; upon information and belief, Andrew Delory has the following address and phone number: Law Office of Paul A. Delory, 365 Broadway, Everett, MA 02149, 617-387-3000.

    Andrew Delory acted as counsel for each of the Bank and the Marcheses. Andrew Delory may have discoverable information concerning the Aguiars, the Bank's lending policies, and the conduct of each of the Aguiars, the Marcheses, the Bank, the Bank's officers, employees, and agents relating to the application and documentation for and the negotiation, approval, and closing of certain obligations owed to each of the Bank and the Marcheses, and transactions relating to the Swampscott Property or the Everett Property.

12. Peter Cole, Esquire; upon information and belief, Mr. Cole has the following address and phone number: Law Office of Peter Cole, 70 Hichborn St., Unit 2C, Brighton, MA 02135, 857-559-1007.

    Mr. Cole has represented Elizandra in small claims actions brought by Joseph against Elizandra and referenced in connection with the Contested Matter. Mr. Cole may have discoverable information concerning the prosecution, subject-matter, and resolution of those small claims actions.

13. Ramiro Queiroz; upon information and belief, Mr. Queiroz has the following addresses: 33 Crescent Avenue, Revere, MA 02151, and 264 Shute Street, Unit 6, Everett, MA 02149. The Marcheses do not know Mr. Queiroz's phone number.

    Mr. Queiroz engaged in various transactions with the Debtor before the commencement of this case. Mr. Queiroz may have discoverable information

concerning the acquisition and use of assets owned by the Debtor or the Aguiars, including, without limitation, the Swampscott Property.

14. Ted Richard; upon information and belief, Mr. Richard has the following address and phone number: c/o J. Barrett & Company, 586 Hale Street, P.O. Box 270, Prides Crossing, MA 01965, 978-922-2700.

    Mr. Richard acted a real estate broker for the Marcheses in connection with their sale of the Swampscott Property. Mr. Richard may have discoverable information concerning the prepetition marketing and value of the Swampscott Property.

15. Michael Kramer; upon information and belief, Mr. Kramer has the following address and phone number: c/o William Ravies, 11 Atlantic Avenue, Marblehead, MA 01945, 781-631-1199.

    Mr. Kramer is a real estate agent who provided comparable valuation information to Joseph regarding the Swampscott Property when the Marcheses marketed that property for sale. Mr. Kramer may have discoverable information concerning the prepetition value of the Swampscott Property.

16. One or more individuals employed by or affiliated with Middlesex Appraisal Associates; upon information and belief, those individuals may have the following address and phone number: Middlesex Appraisal Associates, 602 Main Street, Second Floor, Wakefield, MA 01880, 781-224-2883.

    Upon information and belief, one or more individuals employed by or affiliated with Middlesex Appraisal Associates provided appraisal services for the Bank. Those individuals may have discoverable information concerning the valuation relied upon by the Bank for the Bank's loan to the Aguiars for their acquisition of the Swampscott Property.

17. Keeper of the records of the Bank; upon information and belief, the keeper of the records has the following address and phone number: Everett Co-Operative Bank, 419 Broadway, Everett, MA 02149, 617-387-1110.

    Upon information and belief, the keeper of the records of the Bank may have discoverable information concerning the Aguiars, the Bank's lending policies, and the conduct of each of the Aguiars, the Marcheses, the Bank, and the Bank's officers, employees, and agents relating to the application and documentation for and the negotiation, approval, and closing of certain obligations owed to the Bank, and transactions relating to the Swampscott Property, including, without limitation, all files, records, due diligence, credit review memoranda, loan reserve information, and minutes of the Bank's loan approval committee.

18. David Eidle; upon information and belief, Mr. Eidle has the following address and phone number: Everett Co-Operative Bank, 419 Broadway, Everett, MA 02149, 617-387-1110.

   Upon information and belief, Mr. Eidle is or was an officer or employee of the Bank. Mr. Eidle may have discoverable information concerning the Aguiars, the Bank's lending policies, and the conduct of each of the Aguiars, the Marcheses, the Bank, and the Bank's officers, employees, and agents relating to the application and documentation for and the negotiation, approval, and closing of certain obligations owed to the Bank, and transactions relating to the Swampscott Property.

19. Elizabeth Jones; the Marcheses do not know Ms. Jones's address and phone number.

   Upon information and belief, Ms. Jones served as the president of the Bank. Ms. Jones may have discoverable information concerning the Aguiars, the Bank's lending policies, and the conduct of each of the Aguiars, the Marcheses, the Bank, and the Bank's officers, employees, and agents relating to the application and documentation for and the negotiation, approval, and closing of certain obligations owed to the Bank, and transactions relating to the Swampscott Property.

20. One or more individuals employed or affiliated with Tax Brothers, Inc.; upon information and belief and based on the Debtor's statement of financial affairs, the address of such individuals may be as follows: Tax Brothers, Inc., 571 Broadway, Everett, MA 02149-2012.

   Upon information and belief, one or more individuals employed or affiliated with Tax Brothers, Inc., provided accounting services to the Debtor and thus may have discoverable information concerning the Aguiars and their prepetition income, expenses, and financial condition.

The above-listed individuals may have discoverable information regarding, among other things, (a) the matters described above, and (b) the claims, causes of action, and defenses asserted in the Contested Matter.

### B. Documents And Other Tangible Things

The documents, electronically stored information, and tangible things that are in the Marcheses' possession, custody, or control and that may be used to support their claims, causes

of action, and defenses in connection with the Contested Matter include the following categories of items: (1) the proofs of claim and other papers filed and to be filed by the Marcheses in this case, including, without limitation, all documents attached thereto; (2) documents evidencing the contractual relationships, transactions, and courses of conduct as between or relating to any or all of the Aguiars, the Marcheses, the Bank, Paul Delory, Andrew Delory, and Mr. O'Neil, and their respective officers, directors, employees, affiliates, and agents; (3) filings made or to be made in connection with this case, including, without limitation, the Debtor's petition, schedules, statement of financial affairs, and all amendments thereto, and orders and judgments of the Court; (4) the Docket and the record of this case; (5) recordings and transcripts of all examinations of the Debtor and other witnesses in this case conducted and to be conducted pursuant to 11 U.S.C. § 341 or Fed. R. Bankr. P. 2004, and all exhibits and other documents referred to in such examinations; (6) recordings and transcripts of hearings conducted and to be conducted before the Court in connection with this case; (7) filings made or to be made and orders and judgments entered or to be entered in connection with state court actions to which either or both of the Marcheses, on the one hand, and Elizandra, on the other hand, are parties; and (8) the dockets and record of state court actions to which either or both of the Marcheses, on the one hand, and Elizandra, on the other hand, are parties.

Copies of the above-referenced materials are or will be located at the office of counsel for the Marcheses, the addresses for which are reflected below. In addition, if any of the above-referenced materials have been or will be filed with the Court, such filed materials are or will be available by accessing the Docket.

### C. Damages

As described and computed in their proofs of claim and in their response to the Trustee's objection thereto filed in this case, the Marcheses seek from the Debtor's estate (a) allowance and payment of their claims, (b) accrued and accruing attorneys' fees and expenses relating to their claim secured by a mortgage on the Everett Property or the proceeds from the sale thereof, and (c) damages and other relief caused by the conduct of the Trustee and his counsel.

### D. Insurance Agreement

Not applicable.

### E. Individuals Who May Be Used At Trial To Present Evidence; Experts

Joseph, Michael, the Debtor, Elizandra, Paul Delory, Ramiro Queiroz, Joseph Keohane, and Donna Shanahan, among others, may be called by the Marcheses as witnesses at trial. The Marcheses have not yet determined the identity of any other individuals or experts who may testify at trial. Accordingly, if necessary, the Marcheses will supplement the foregoing disclosures in accordance with Fed. R. Civ. P. 26(a)(2)(E), 26(e), and orders of the Court.

Dated: November 18, 2016

Respectfully submitted,

JOSEPH P. MARCHESE, JR., and
MICHAEL MARCHESE,

by their attorneys,

/s/ *Anthony L. Gray*
Anthony L. Gray (BBO No. 564415)
POLLACK & FLANDERS, L.L.P.
20 Park Plaza, Suite 605
Boston, MA 02116
Phone: 617-259-3000
Fax: 617-259-3050
E-mail: tgray@pollackandflanders.com

- and –

/s/ *Christopher S. Tolley*
Jeffrey J. Phillips (BBO No. 398480)
Christopher S. Tolley (BBO No. 548180)
PHILLIPS & ANGLEY
One Washington Mall
Boston, MA 02108
Phone: 617-367-8787
Email: jphillips@phillips-angley.com
ctolley@phillips-angley.com

## CERTIFICATE OF SERVICE

I, Anthony L. Gray, hereby certify that on November 18, 2016, I caused a true and complete copy of the within document to be served on each of the parties listed below by the Court's ECF system, electronic mail, or first-class mail, postage prepaid, unless otherwise indicated:

/s/ *Anthony L. Gray*
Anthony L. Gray (BBO No. 564415)
POLLACK & FLANDERS, L.L.P.
20 Park Plaza, Suite 605
Boston, MA 02116
Phone: 617-259-3000

**BY ELECTRONIC MAIL AND ECF**

- Alan Braunstein    abraunstein@riemer.com