UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

    Romulo A. Rodrigues-Aguiar,

                       Debtor

Chapter 7 Case
Case No. 15-12640

## RESPONSE TO OBJECTION TO CLAIM

    NOW COMES Keila Maria Rodriguez, a creditor in the above captioned matter, and responds as follows to the objection to her claim, filed by the chapter 7 trustee:

1. Pursuant to Rule 3001(f), a Proof of Claim is prima facie evidence of the amount and validity of the claim. The trustee cannot shift the burden of proof by asserting a lack of "evidence" of the debt.
2. This is not a basis for disallowance of the claim.
3. This is not a basis for disallowance of the claim.
4. Admitted.
5. Denied. The "business agreement" is the basis.
6. See response #1, above.
7. There is no reason why the claimant's attorney cannot sign a Proof of Claim for his client.
8. The document speaks for itself. The claim is adequately supported. See also #1, above.
9. The trustee's criticism of the "literary quality" of the Business Agreement is not a basis for disallowing the claim.
10. Denied for the reasons given in #1, above. The undersigned did not represent the claimant prior to this bankruptcy case.
11. Denied, generally, and as a legal conclusion rather than an allegation of fact.
12. FURTHER RESPONDING, the remaining two unnumbered paragraphs are legal argument to which no response is required.

    WHEREFORE Rodriguez requests that the objection be overruled.

March 27, 2017

                                        Respectfully submitted,
                                        Keila Maria Rodriguez
                                        By her attorney,

                                        /s/ *David G. Baker*
                                        David G. Baker, Esq.
                                        236 Huntington Avenue Room 306
                                        Boston, MA   02115
                                        (617) 367-4260
                                        BBO # 634889

Certificate of Service

      The undersigned states upon information and belief that the within Response was served on the parties named below by the court's CM/ECF system on the date set forth above.

                                            s/ *David G. Baker*
                                            David G. Baker, Esq.

Laura White Brandow on behalf of Creditor One Salem Street Improvement Association, Inc.
lbrandow@meeb.com

Alan L. Braunstein on behalf of Trustee John O. Desmond
abraunstein@riemerlaw.com, ahall@riemerlaw.com

John O. Desmond
trustee@jdesmond.com, jdesmond@ecf.epiqsystems.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Michael Grant on behalf of Creditor Source One Financial Corporation
michael.grant@leclairryan.com

James Hayes on behalf of Debtor Romulo A Rodrigues-Aguiar
james.ace@comcast.net

James J. McNulty on behalf of Creditor Shamrock Finance LLC
jjm@jjmcnultylaw.com